UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Luis V., | Case No. 26-CV-0063 (PJS/EMB) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, Attorney General, Kristi Noem, Secretary, U.S. Department of Homeland Security, Department of Homeland Security, Todd M. Lyons, Acting Director of Immigration and Customs Enforcement, Immigration and Customs Enforcement, Executive Office for Immigration Review, David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement, and Joel Brott, Sheriff of Sherburne County, | |
| Respondents. | |

Before the Court is the January 26, 2026 Report and Recommendation of United States Magistrate Judge Elsa M. Bullard, which recommends granting Luis V.'s habeas petition and ordering his immediate release. Magistrate Judge Bullard ordered Respondents to file objections, if any, within 3 days.  Because no party timely objected, the Court reviews the Report and Recommendation for clear error.  *See Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam); Fed. R. Civ. P. 72(b)(2). Finding

none, the Court ADOPTS the Report and Recommendation in full.

IT IS HEREBY ORDERED that:

1. The Verified Petition for Writ Of Habeas Corpus (Dkt. No. 1) is GRANTED;

2. Respondents are ENJOINED from detaining Luis V. in violation of 8 U.S.C. § 1182(d)(5)(A) and 8 C.F.R. § 212.5(e)(2)(i); and

3. Respondents are ordered to immediately release Luis V. from custody.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: January 30, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court