# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Luis Eduardo Vizcaino Cedeno | **JUDGMENT IN A CIVIL CASE** |
| Petitioner(s), | |
| v. | Case Number: **26-63 PJS/EMB** |
| Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Executive Office for Immigration Review, David Easterwood, Joel Brott | |
| Respondent(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The Verified Petition for Writ Of Habeas Corpus (Dkt. No. 1) is GRANTED;
2. Respondents are ENJOINED from detaining Luis V. in violation of 8 U.S.C. § 1182(d)(5)(A) and 8 C.F.R. § 212.5(e)(2)(i); and
3. Respondents are ordered to immediately release Luis V. from custody.

Date: 1/30/2026                                                                                      KATE M. FOGARTY, CLERK